UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Amanze Antoine, 85472-054,

        Petitioner,

v.

E. Rardin,

        Respondent(s).
_____/

Case No. 24-12462

Judge Robert J. White

Magistrate Judge Elizabeth A. Stafford

## ORDER AMENDING CAPTION

The Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. The proper Respondent for a habeas petition filed pursuant to 28 U.S.C. § 2254 is the state officer having custody of the Petitioner. *See* Rule 2, Rules Governing Section 2254 Cases. Petitioner is incarcerated at:

    FCI Milan
    Federal Correction Institution
    P.O. Box 1000
    Milan, MI 48160
    WASHTENAW COUNTY

The Warden of that facility is Eric Rardin.

Accordingly, the Court hereby **ORDERS** the case caption be amended to read as follows:

"Amanze Antoine v. Eric Rardin."

Date: September 27, 2024

s/David R. Grand
David R. Grand
United States Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: September 27, 2024

s/ JParker
Deputy Clerk