UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Amanze Antoine, 85472-054,

        Petitioner,　　　　　　　　　　　　　Case No.   24-12462

v.　　　　　　　　　　　　　　　　　　　　Judge  Robert J. White

Eric Rardin,　　　　　　　　　　　　　　　Magistrate Judge  Elizabeth A. Stafford

        Respondent(s).
_____/

## ORDER TO CORRECT DEFICIENCY

Petitioner has filed a petition for writ of habeas corpus, but has failed to submit either the $5.00 filing fee or an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing § 2254 Cases.

**IT IS ORDERED** that Petitioner shall submit the $5.00 filing fee <u>or</u> an original and one copy of a completed, signed and dated application to proceed *in forma pauperis* within 21 days from the date of this order. Failure to do so may result in dismissal of this action. A copy of the *in forma pauperis* application is enclosed.

Date:  September 27, 2024　　　　　　　　　s/David R. Grand
　　　　　　　　　　　　　　　　　　　　　David R. Grand
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  September 27, 2024　　　　　　　　　s/ JParker
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk