24-12462

FILED
CLERK'S OFFICE
SEP 30 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

9-24-2024

Dear Clerk of the Court,

Last week I filed a 2241 with the court. On 9-24-2024 5.00 dollars was taken out of my account and sent to you to pay the 5.00 filing fee for my 2241 petition. I'm letting you know so when you receive the 5.00 dollars from the prison I'm incarcerated in, you know exactly what's it's for. Thank you for your time. I appreciate it.

Sincerely,

Amanze Antoine
85472-054
F.C.I Milan
P.O Box 1000
Milan, MI 48160

Amanze Antoine
85473-054

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
25 SEP 2024 PM 16 L

Office of the Clerk
United States District Court
231 W. Lafayette Boulevard, 5th Floor
Detroit, MI 48226

48226-277758

