1

④

December 9, 2024
Case No. 24-cv-12462

FILED
CLERK'S OFFICE
DEC 16 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

Dear Clerk of Court,

I'm respectfully and humbly asking the Court to please expedite this writ of habeas corpus. Reason being is because irreparable injury would occur without immediate intervention.

Currently I have earned 370 days towards my prerelease custody under the First Step Act, and my prerelease custody placement date "was" October 7, 2024. Currently I'm being held in F.C.I Milan 2 months past my prerelease placement date. I'm being denied my prerelease placement because I have a detainer according to warden Rardin and the RRM office, and because the agency who has the detainer lodged against me allegedly stated they want to take

2

me in custody.

Clearly this is not a legitmate reason to deny me halfway house placement because the BOP's policy (program statement CN-2 5410-01) in it's plain text states an indivdual can be placed in prerelease custody with a detainer, and nothing in the BOP's policy states an indivdual can not be placed in prerelease custody if the agency who has a detainer lodged against him or her states they are willing to take that person into custody. Being denied halfway house placement is causing the following irreparable harm:

1) The denial of prerelease custody under law, (program statement CN-2 5410-01).

2) Denial to intergrate back into the community.

3) The denial I gain employment and to save money.

3

4) Denial to further my education by attending college.

My due process constitutional rights and statutory rights are unabiguously being violated by me being denied prerelease custody because my prerelease custody placement date "was" October 7, 2024 and I'm currently not in prerelease custody, which is a denial due process rights and a violation of the BOP's policy, (program statement CN-2 5410-01).

Immediate Judical intervention is needed and because of that I'm asking this Court to please expedite this habeas corpus.

Respectfully Submitted,

_____
Amanze Antoine
85472-054
F.C.I Milan
P.O Box 1000
Milan, MI 48160

AMANZE Antoine
85478-054
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
11 DEC 2024 PM 2 L

Clerk of Court
United States District Court
For The Eastern District of Michigan
231 West Lafayette Blvd
Detroit, MI 48226

48226-277758