UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Amanze Antoine, 85472-054,

        Petitioner,                                Case No. 24-12462

v.                                                 Judge Robert J. White

Eric Rardin,                              Magistrate Judge Elizabeth A. Stafford

        Respondent(s).
_____/

**ORDER REQUIRING RESPONSIVE PLEADING**

      The petition for writ of habeas corpus having been reviewed and it appearing that the petition is not subject to summary dismissal upon initial review;

      **IT IS ORDERED** that a responsive pleading be filed in this matter on or before February 21, 2025. Petitioner shall have forty-five (45) days from the date of the responsive pleading to file a reply.

      **IT IS FURTHER ORDERED** that the Clerk of the Court serve a copy of this Order on the Respondent(s) by first class mail as provided in Rule 4, and also provide a copy to the United States Attorney for the Eastern District of Michigan.

Date: December 19, 2024                              s/David R. Grand
                                                               David R. Grand
                                                                United States Magistrate Judge

---

**Certificate of Service**

      I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date: December 19, 2024                              s/N. Ahmed
                                                               Deputy Clerk