United States District Court
Eastern District of Michigan

Amanze Antoine,

      Petitioner,                        Case No. 24-cv-12462

v.

Eric Rardin,

      Respondent.

---

**NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY**

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

Add the following AUSA:

Name:      Meghan Bean

Telephone:   (313) 226-0214

Email:      Meghan.Bean@usdoj.gov

                                                    *s/Meghan Bean*
                                                    Meghan Bean
                                                    Assistant United States Attorney
                                                    211 West Fort Street
                                                    Detroit, MI 48226
                                                    (313) 226-0214
                                                    Meghan.Bean@usdoj.gov

Dated: February 5, 2025