United States District Court
Eastern District of Michigan

Amanze Antoine (#85472-054),

   Petitioner,        Case No. 24-cv-12462

  -vs-

                Honorable Robert J. White
Eric Rardin (Warden),       Mag. Judge Elizabeth A. Stafford

   Respondent.
_____/

## Supplemental Brief In Support of Motion Dismiss Petition for Writ of Habeas Corpus

  Warden Eric Rardin provides the following update in further support of his motion to dismiss Amanze Antoine's writ of habeas corpus.

  As of March 12, 2025, Antoine has been transferred from FCI Milan to an RRC in Philadelphia, Pennsylvania. *See* Ex. A, BOP Inmate Locator. Therefore, this Court should dismiss his petition as moot because there is no active case or controversy to adjudicate. *See* ECF No. 7 (seeking only an order for immediate release to prerelease custody); *Thompson v. DeWine*, 7 F.4th 521, 523 (6th Cir. 2021) (explaining that courts adjudicate "only genuine disputes between

adverse parties, where the relief requested would have a real impact on the legal interests of those parties" and thus "if the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome, then the case is moot and the court has no jurisdiction") (cleaned up)).

Furthermore, Antoine is no longer incarcerated in the Eastern District of Michigan, and thus this Court lacks jurisdiction over his petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."); *see also Wooten v. United States*, No. 23-1072, 2023 WL 5519152, at *2 (6th Cir. Aug. 23, 2023) (same).

For these additional reasons, Antoine's petition should be dismissed.

        Respectfully submitted,

        Julie A. Beck
        Acting United States Attorney

        /s/ Meghan S. Bean
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-0214
        meghan.bean@usdoj.gov

Dated: March 12, 2025

## Certificate of Service

I certify that on March 12, 2025, I electronically filed this supplemental brief with the Clerk of the Court using the ECF system, and I certify that I have mailed by United States Postal Service the attached paper to the following non-ECF participant:

>Amanze Antoine, Reg. No. 85472-054
>The Kintock Group-Erie
>301 East Erie Ave.
>Philadelphia, PA 19134

>/s/ Meghan S. Bean
>Assistant United States Attorney